HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

FEB 03 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KELLY SHAWN KEENEY,<br><br>    Defendant. | CASE NO. CR11-5107RBL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER has come before the Court on Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the instant motion and the records in this matter, hereby **DENIES** the motion.

The defendant still owes a significant amount of money in restitution. He has served two years of a three year term of supervision. The Motion for Early Termination is **DENIED**.

Dated this 3rd day of February, 2014.

Ronald B. Leighton
United States District Judge

11-CR-05107-ORD